# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

    Jean Ann Micheln,

        Debtor.

Ashley Micheln,

        Plaintiff,

Jean Ann Micheln,

        Defendant.

BKY File No. 18-31069 WJF
Adv. Proceeding No. 18-03052

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled matter came on for default hearing and evidentiary hearing on November 8, 2018 and November 20, 2018 before the Honorable William J. Fisher. The Plaintiff was represented by Kevin K. Shoeberg. The Defendant represented herself, pro se.

## STIPULATION

1. Plaintiff was seeking a default judgment in the sum of $45,608 against the Defendant for embezzlement from the Ashley Micheln Educational Trust.

2. The parties utilized the services of Judge Katherine A. Constantine for mediation and were able to reach a settlement agreement.

3. The Defendant has agreed to provide certain cash and personal property to the Plaintiff in exchange for a dismissal of this action.

NOW THEREFORE THE PARTIES AGREE AS FOLLOWS:

1. The Defendant on November 21, 2018 shall provide to the Plaintiff's Attorney the following:

    a. Title and Keys to a 2005 Saturn Vue in good working condition;

    b. A cashier's check in the sum of $5,000.

    c. Sterling Silver Tea Service Set

    d. Jewelry belonging to Defendant's mother and Plaintiff's grandmother.

    2. Upon delivery of these items the parties agree that the Court may dismiss this action with prejudice without costs or fees awarded to either party.

_____     _____     _____     _____
Plaintiff                                              Date                    Defendant                                        Date

_____     _____
Kevin K. Shoeberg (0204535)     Date
Kevin K. Shoeberg, P.A.
1805 Woodlane Drive
Woodbury, MN 55125
(651) 735-9340
kkspa@aol.com